Karthik Nadesan (10217)
Email: karthik@nadesanbeck.com
NADESAN BECK P.C.
8 East Broadway, Suite 625
Salt Lake City, Utah 84111
Telephone: (801) 363-1140

*Attorney for Plaintiff Milissa Neilson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MILISSA NEILSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF UTAH HEALTH HOSPITALS AND CLINICS,<br><br>　　　　　　Defendant. | **STIPULATION OF DISMISSAL**<br><br>Case No. 2:21-cv-00293-TC<br><br>Judge Tena Campbell |

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Milissa Neilson and Defendant University of Utah Health Hospitals and Clinics hereby stipulate to dismissal of Plaintiff's Complaint without prejudice.

DATED this 22nd day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　　NADESAN BECK P.C.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Karthik Nadesan
　　　　　　　　　　　　　　　　　　　　　　　Karthik Nadesan
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Milissa Neilson\**
　　　　　　　　　　　　　　　　　　　　　　　*(\*Motion for Leave to Withdraw*
　　　　　　　　　　　　　　　　　　　　　　　*pending)*

DATED this 22nd day of October, 2021.

_____
Milissa Neilson

DATED this 22nd day of October, 2021.

SEAN D. REYES
Utah Attorney General

/s/ Michael A. Stahler*
MICHAEL A. STAHLER
KYLE J. KAISER
*Assistant Utah Attorneys General*
*Attorney for Defendants*
(*Signed by Karthik Nadesan with consent of Michael A. Stahler)